NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPX CORPORATION,**
*Appellant*

**v.**

**PENTAIR SUDMO GMBH,**
**FKA SUDMO HOLDING GMBH,**
*Appellee*

---

2014-1716

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,797, 95/001,834, 95/001,873.

---

**JUDGMENT**

---

JOHN T. BATTAGLIA, Fisch Sigler LLP, Washington, DC, argued for appellant. Also represented by ALAN M. FISCH, ALICIA MEROS CARNEY.

MICHAEL A. LAVINE, St. Onge Steward Johnston & Reens, LLC, Stamford, CT, argued for appellee. Also represented by STEVEN B. SIMONIS, BENJAMIN J. LEHBERGER, WESLEY W. WHITMYER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court